### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-CR-30023-MJR |
| ) | |
| **ROGER BIRCHLER,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

The undersigned Judge sentenced Defendant Birchler on October 7, 2005. Judgment was entered on October 13, 2005, and an amended judgment was entered on October 20, 2005.

At the conclusion of the sentencing hearing, the Court permitted Birchler to remain on bond, pending designation to a penal institution. By motion filed October 21, 2005, Birchler asks the Court to (a) extend his deadline for filing a notice of appeal and (b) extend the date by which he must report to the Bureau of Prisons (in effect, stay the execution of his sentence).

The Court **GRANTS IN PART** and **RESERVES RULING IN PART** on Birchler's motion (Doc. 25). The motion is granted as to the request to extend the notice of appeal deadline, as the Court finds good cause to support the requested extension. Specifically, the parties are discussing a resolution of issues which would obviate the need for Birchler to file an appeal.

Therefore, pursuant to **Federal Rule of Appellate Procedure 4(b)(4), t**he Court **EXTENDS to November 28, 2005** the deadline by which Birchler must file his notice of appeal.

The Court reserves ruling on the portion of the motion (Doc. 25) which asks the Court to extend the date by which Birchler must report to the BOP.

The Court **SETS** an **in-court status conference** to discuss the latter request at **11:00 a.m. on Friday, October 28, 2005.** The United States Probation Officer should be present, as well as Defendant Birchler, his counsel, and counsel for the United States.

**IT IS SO ORDERED.**

**DATED this 24th day of October, 2005.**

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge